IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIRECTV, INC.                      Case No. 8:03-CV-1063-T-23TBM
Vs.          Plaintiff

BEN QUACH
               Defendant(s)
and
HAO WAH RESTAURANT, INC
               Garnishee              /

**ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT**

This matter is before the Court on Plaintiff's Motion for Continuing Writ of Garnishment. Upon careful review of the Motion and the file in this case, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Motion for Continuing Writ of Garnishment is hereby **GRANTED**. The amount of the garnishment is not to exceed the amount authorized by law as set forth in 15 U.S.C. §1673.

2. The Clerk of the Court is hereby **DIRECTED** to issue a Continuing Writ of Garnishment and return said writ to counsel for Plaintiff who shall then have the writ served in accordance with 28 U.S.C. § 3205(c)(3).

DONE AND ORDERED in chambers at _____Tampa,_____ ,Florida this _26th_ day of __January__, 2006.

                                                                          United States Magistrate Judge

Cc:    Steven M. Canter, Esq.
       PO Box 245160
       Pembroke Pines, FL 33024

       Ben Quach
       7052 Bayou West Ave
       Pinellas Park, FL 33782